Margaret M. Broussard (SB Number 219251)
pegthelawyer@aol.com
LAW OFFICE OF MARGARET M. BROUSSARD
1420 E. Roseville Parkway
Suite 140-308
Roseville, CA 95661
Telephone:   916-223-2615
Facsimile:   916-880-5252

Attorney for Plaintiff
J.K, a minor student by and through his parents M.K. and J.T.K.

RECEIVED
2012 MAY 18 P 12: 25
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| J.K., a minor student by and through His parents M.K. and J.T.K. <br><br> Plaintiff, <br><br> vs. <br><br> SAN RAFAEL CITY SCHOOLS <br><br> Defendant. | Case No. CV 12 2563 <br><br> **PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

Petitioner, MICHAEL S. KECK, states as follows:

1. I am the father of James Keck, a minor of the age of 13 years.

2. Concurrently with this Petition, James Keck, is filing an action against San Rafael City Schools, a complaint to appeal from an administrative decision pursuant to 20 USC §1400, et seq.

3. James Keck has no general guardian and no previous petition for appointment of *guardian ad litem* has been filed in this matter.

4. My address is 56 Waterside Circle, San Rafael, CA 94903. I am a competent and responsible person, and fully competent to act as a *guardian ad litem* for James Keck.


5.   The address of James Keck is 56 Waterside Circle, San Rafael, CA  94903.

6.   I am willing to act as *guardian ad litem* for James Keck, as confirmed by my consent attached hereto.

WHEREFORE, Petitioner moves the Court for an order appointing him as *guardian ad litem* of James Keck for the purpose of bringing and maintaining an action against San Rafael City Schools.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of May, 2012, at San Francisco, California.

By: _____
Michael S. Keck

**CONSENT TO ACT AS GUARDIAN AD LITEM**

I, Michael S. Keck, consent to act as *guardian ad litem* in the above action

Dated: ~~April~~ May 18  2010

_____
MICHAEL S. KECK

**ORDER**

The petition for an order appointing Michael S. Keck as *guardian ad litem* of James S. Keck is GRANTED.

IT IS SO ORDERED

Dated: ~~May~~ August 20, 2012



IT IS SO ORDERED
Judge Phyllis J. Hamilton