```
1  Margaret M. Broussard (SB Number 219251)
   pegthelawyer@aol.com
2  LAW OFFICE OF MARGARET M. BROUSSARD
   1420 E. Roseville Parkway
3  Suite 140-308
   Roseville, CA 95661
4  Telephone:    916-223-2615
5  Facsimile:    916-880-5252

6  Attorney for Plaintiff
7  J.K, a minor student by and through his parents M.K. and
   J.T.K.
8
```

RECEIVED
2012 MAY 18 P 12: 25
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| J.K., a minor student by and through His parents M.K. and J.T.K.<br><br>               Plaintiff,<br><br>vs.<br><br>SAN RAFAEL CITY SCHOOLS<br><br>               Defendant. | Case No. CV 12 2563<br><br>**PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

Petitioner, MICHAEL S. KECK, states as follows:

1. I am the father of James Keck, a minor of the age of 13 years.

2. Concurrently with this Petition, James Keck, is filing an action against San Rafael City Schools, a complaint to appeal from an administrative decision pursuant to 20 USC §1400, et seq.

3. James Keck has no general guardian and no previous petition for appointment of *guardian ad litem* has been filed in this matter.

4. My address is 56 Waterside Circle, San Rafael, CA  94903.  I am a competent and responsible person, and fully competent to act as a *guardian ad litem* for James Keck.

5.   The address of James Keck is 56 Waterside Circle, San Rafael, CA 94903.

6.   I am willing to act as *guardian ad litem* for James Keck, as confirmed by my consent attached hereto.

WHEREFORE, Petitioner moves the Court for an order appointing him as *guardian ad litem* of James Keck for the purpose of bringing and maintaining an action against San Rafael City Schools.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of May, 2012, at San Francisco, California.

By: _/s/ Michael S. Keck_
Michael S. Keck

**CONSENT TO ACT AS GUARDIAN AD LITEM**

I, Michael S. Keck, consent to act as *guardian ad litem* in the above action

Dated: ~~April~~ May 18, 2010

_/s/ Michael S. Keck_
MICHAEL S. KECK

**ORDER**

The petition for an order appointing Michael S. Keck as *guardian ad litem* of James S. Keck is GRANTED.

IT IS SO ORDERED

Dated: ~~May~~ August 20, 2012



IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA