Margaret M. Broussard (SB Number 219251)
pegthelawyer@aol.com
LAW OFFICE OF MARGARET M. BROUSSARD
648 Lavastone Drive
Lincoln, CA 95648
Telephone: 916-223-2615
Facsimile: 916-880-5252

Attorney for Plaintiff
J.K, a minor student by and through his Guardian Ad Litem M.K.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| J.K., a minor student by and through His Guardian Ad Litem M.K.<br>        Plaintiff,<br><br>vs.<br><br>SAN RAFAEL CITY SCHOOLS<br><br>        Defendant. | Case No. C-12-2563 PJH (KAW)<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING SETTLEMENT<br>CONFERENCE**<br>      **PROPOSED DATE**<br>**Date: December 17, 2012**<br><br>Time: 11:00 AM |

    Plaintiff J.K. and Defendant SAN RAFAEL CITY SCHOOLS hereby stipulate through their respective counsel, to continue the date for the settlement conference. The current date is December 5, 2012.

    The parties agree and respectfully request that the date for the Settlement Conference should be continued due to a recent death in the immediate family of the Guardian Ad Litem for Plaintiff in this matter. The recent illness and death has taken an emotional toll and also required that the Guardian postpone many of his Court dates, as he is an attorney in private practice.

The parties agree, subject to the Court's approval, to reschedule the Settlement Conference from December 5, 2012 to December 17, 2012. This is the first request to reschedule the Settlement Conference. The parties request will not alter any other dates or deadlines set by Court order.

DATED: November 28, 2012                          LAW OFFICE OF MARGARET BROUSSARD


                                                  By: /s/ Margaret M. Broussard
                                                      Attorney for Plaintiff J.K.


DATED: November 28, 2012                          FAGEN FRIEDMAN AND FULFROST


                                                  By: /s/ Douglas Freifeld
                                                  Attorney for Defendant
                                                  San Rafael City Schools


I attest that I have obtained Mr. Freifeld's concurrence in the filing of this document.

DATED: November 28, 2012                          /s/ Margaret Broussard

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

3   DATED: 11/29 , 2012

*Kandis Westmore*

Honorable Kandis A. Westmore

UNITED STATES DISTRICT COURT,

DISTRICT OF NORTHERN CALIFORNIA