Margaret M. Broussard (SB Number 219251)
pegthelawyer@aol.com
LAW OFFICE OF MARGARET M. BROUSSARD
648 Lavastone Drive
Lincoln, CA 95648
Telephone:    916-223-2615
Facsimile:    916-880-5252

Attorney for Plaintiff
J.K, a minor student by and through his Guardian Ad Litem M.K.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| J.K., a minor student by and through His Guardian Ad Litem M.K.<br>　　　　　　Plaintiff,<br><br>vs.<br><br>SAN RAFAEL CITY SCHOOLS<br>　　　　　　Defendant. | Case No. C-12-2563<br><br>**STIPULATION**<br><br>**TO DISMISS CASE WITH PREJUDICE**<br>AND ORDER |

　　　Plaintiff J.K. and Defendant SAN RAFAEL CITY SCHOOLS hereby stipulate through their respective counsel, to dismiss this matter WITH PREJUDICE. The parties entered into a settlement agreement at the settlement conference on January 22, 2013.

| | |
|---|---|
| DATED: January 23, 2013 | LAW OFFICE OF MARGARET BROUSSARD |
| | By: /s/ Margaret M. Broussard |
| | Attorney for Plaintiff J.K. |
| DATED: January 23, 2013 | FAGEN FRIEDMAN AND FULFROST |
| | By: /s/ Douglas Freifeld |
| | Attorney for Defendant |
| | San Rafael City Schools |

I attest that I have obtained Mr. Freifeld's concurrence in the filing of this document.

DATED: January 23, 2013                             /s/ Margaret Broussard

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __January 24__, 2013

_____
Honorable Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT,
DISTRICT OF NORTHERN CALIFORNIA