Margaret M. Broussard (SB Number 219251)
pegthelawyer@aol.com
LAW OFFICE OF MARGARET M. BROUSSARD
648 Lavastone Drive
Lincoln, CA 95648
Telephone:    916-223-2615
Facsimile:    916-880-5252

Attorney for Plaintiff
J.K, a minor student by and through his Guardian Ad Litem M.K.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| J.K., a minor student by and through His Guardian Ad Litem M.K.<br>                    Plaintiff,<br><br>vs.<br><br>SAN RAFAEL CITY SCHOOLS<br><br>                    Defendant. | Case No. C-12-2563<br><br>**STIPULATION**<br><br>**TO DISMISS CASE WITH PREJUDICE**<br>AND ORDER |

Plaintiff J.K. and Defendant SAN RAFAEL CITY SCHOOLS hereby stipulate through their respective counsel, to dismiss this matter WITH PREJUDICE. The parties entered into a settlement agreement at the settlement conference on January 22, 2013.

1  DATED:  January 23, 2013                    LAW OFFICE OF MARGARET BROUSSARD

3                                              By: /s/ Margaret M. Broussard

4                                              Attorney for Plaintiff J.K.

7  DATED: January 23, 2013                     FAGEN FRIEDMAN AND FULFROST

9                                              By: /s/ Douglas Freifeld

10                                             Attorney for Defendant

12                                             San Rafael City Schools

14     I attest that I have obtained Mr. Freifeld's concurrence in the filing of this document.

15 DATED: January 23, 2013                     /s/ Margaret Broussard

18     PURSUANT TO STIPULATION, IT IS SO ORDERED.

20     DATED: _January 24_____, 2013

23     _____
       Honorable Judge Phyllis J. Hamilton
25     UNITED STATES DISTRICT COURT,
26     DISTRICT OF NORTHERN CALIFORNIA